

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2018

No. 04-16-00623-CR

Billy Ray **MONREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 14-04-11496-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Marialyn P. Barnard, Justice
             Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing and the motion is hereby
DENIED.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court